UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JORGE SANTOYO,

Plaintiff

v.

SUNDAY et al.,

Defendants

Case No. 3:20-cv-00226-MMD-CLB

ORDER

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. The Court denies the applications to proceed *in forma pauperis* for prisoners (ECF Nos. 4, 5) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by Friday, June 11, 2021, or pay the full filing fee of $400.

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 4, 5) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by Friday, June 11, 2021, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 11th day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE