**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JORGE SANTOYO, | Case No. 3:20-CV-0226-MMD-CLB |
| Plaintiff, | **ORDER TO CHANGE ADDRESS,** |
| v. | |
| SUNDAY, *et al.*, | |
| Defendants. | |

On May 20, 2022, the Court's minutes of proceedings from the case management conference held on May 4, 2022 was returned via U.S. Mail. (ECF No. 29.) The envelope was stamped, "Return to Sender, Insufficient Address, Unable to Forward." (*Id.*) Pursuant to Local Rule IA 3-1, plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Thursday, August 11, 2022** to file a notice of change of address or this court will recommend that this action be dismissed.

**IT IS SO ORDERED.**

**DATED**: July 11, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**